THE HONORABLE MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| VIEN V. TRAN,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>KENNETH QUINN,<br><br>　　　　　　Respondent. | NO. C06-1265-RSL-MAT<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER (~~PROPOSED~~) |

The Court, having considered the Respondent's motion for an extension of time, the Declaration of John Samson, and the records and files herein, does hereby find and ORDER:

1. Respondent's motion for an extension of time to December 8, 2006 to file an answer to the petition for a writ of habeas corpus is GRANTED.

2. The Clerk shall send uncertified copies of this Order to the Petitioner and to counsel for the Respondents.

DATED this <u>14th</u> day of November, 2006.

　　　　　　　　　　　　　　　s/ Mary Alice Theiler
　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:

ROB MCKENNA
Attorney General

/s/ John J. Samson
JOHN J. SAMSON, WSBA # 22187
Assistant Attorney General